ARNOLD & PORTER LLP
SHARON D. MAYO (State Bar No. 150469)
sharon.mayo@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: +1 415.471.3100
Facsimile: +1 415.471.3400

*Attorneys for Defendant Hologic, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BENITA MIRELES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY HOSPITAL OF SAN BERNARDINO, a California Corporation; CHRISTOS KARANIKKIS aka KARANIKKIS CHRISTOS ANDREAS, an individual; MUSTAFA KHATIB, an individual; ZEINA HIJAZI, an individual; HOLOGIC, INC., a Delaware Corporation; and, Does 1-100, inclusive,<br><br>Defendants. | Case No. 5:14-cv-00057-JGB-SP<br><br>**NOTICE OF WITHDRAWAL OF FRAUDULENT JOINDER GROUND FOR REMOVAL** |

Defendant Hologic, Inc. hereby provides notice that it withdraws its fraudulent joinder ground for jurisdiction, *see* Notice of Removal, ¶¶ 9-14 [Dkt. 1].

Defendant Hologic, Inc. continues to assert procedural misjoinder as a proper basis for federal jurisdiction. *Id.* ¶¶ 15-20.

Dated: January 27, 2014

ARNOLD & PORTER LLP

By: */s/ Sharon D. Mayo*
    Sharon D. Mayo

*Attorneys for Defendant Hologic, Inc.*

## PROOF OF SERVICE

I, John K. Fitzpatrick, declare:

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is 777 South Figueroa Street, 44th Floor, Los Angeles, CA 90017-5844. On January 27, 2014, I served the following document(s) described as:

1. **NOTICE OF WITHDRAWAL OF FRAUDULENT JOINDER GROUND FOR REMOVAL**

    ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

    ☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

    ☐ by transmitting via email the document(s) listed above o the email address(es) set forth below on this date before 5:00 p.m.

    ☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

    ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

    ☑ electronically through the Court's CM/ECF system.

BY ECF:
Elena C. Correa
Law Office of Elena C. Correa
3200 Guasti Road, Suite 100
Ontario, CA  91761

*Attorney for Plaintiff*

BY U.S. MAIL:
Community Hospital of San Bernardino
ATTN: Darryl Vandenbosch, Registered Agent
1805 Medical Center Drive
San Bernardino, CA  92411

Christos Karanikkis, M.D.
2656 Bressi Ranch Way
Carlsbad, CA  92009-3057

Mustafa Khatib, M.D.
19120 Stagecoach Lane
Riverside, CA  92508-7136

Zeina Hijazi, M.D.
7965 Sierra Avenue, Suite E
Fontana, CA  92336-3329

*Defendants*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Los Angeles, California, on January 27, 2014.

                              */s/ John K. Fitzpatrick*
                              John K. Fitzpatrick